## Jos. Chandet *v.* James Q. Gordon and Wife.

**Descent and Distribution—Timber.**

The timber on land which passes to the wife on the death of the husband belongs to the wife.

**New Trial—By Court of Appeals—Former Verdicts.**

Where other trials of the same case have resulted in a judgment against appellant, the Court of Appeals will be reluctant to award a new trial under such circumstances.

APPEAL FROM McCRACKEN CIRCUIT COURT.

February 13, 1873.

Opinion by Judge Peters:

The title to the land from which the timber was cut on the death of Mr. Winters passed to appellee, Catherine; a portion of it was cut and removed after the death of the father, and to that which was not severed from the land in his lifetime, she was unquestionably entitled. There is some conflict in the evidence as to the quantity severed after the death of Mr. Winters. But there have been three trials of the case in the court below, all of which resulted disastrously to appellant, and this court would very reluctantly interpose to award a new trial under such circumstances. The law and facts on the last trial were submitted to the court, and unless

the judgment was palpably against the evidence we would not be authorized to interfere, which is not the case, wherefore the judgment is *affirmed*.

*P. D. Yeiser, for appellant.*

———, *for appellee.*